IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOIS GIORDANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA SECURITIES, LLC et al.,<br><br>　　　　Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 06-476 (JBS)<br><br>**ORDER FOR REMAND** |

　　This matter having come before the Court upon the motion of Defendant Wachovia Securities, LLC to dismiss [Docket Item No. 14]; and the Court having considered the parties' submissions in support thereof and in opposition thereto [Docket Item Nos. 14, 21 and 23]; and the Court having heard oral argument on the motion to dismiss on May 26, 2006 and the Court finding it lacks Article III power to determine this case for reasons stated in the Opinion of today's date;

　　**IT IS** this __31st__ day of **July, 2006** hereby

　　**ORDERED** that the motion of Defendant Wachovia Securities, LLC to dismiss [Docket Item Nos. 14] shall be, and hereby is **DENIED**;

　　**IT IS FURTHER ORDERED**, that this matter shall be **REMANDED** to New Jersey Superior Court for further proceedings;

　　**IT IS FURTHER ORDERED** that no costs or fees are imposed.


　　　　　　　　　　　　　　　　　　　　　　　 __s/ Jerome B. Simandle__
　　　　　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge