

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**August 1, 2006**

WILLIAM T. WALSH
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO: CAMDEN**

```
New Jersey Superior Court
Atlantic County
1201 Bacharach Blvd.
Atlantic City, NJ 08401

          RE: Giordano v. Wachovia Securities, LLC, et al

          Our Civil Number: 06cv476(JBS)
          Your Civil Number: 05-8152-L


Dear Sir or Madam:

     Pursuant to the Order of Remand entered in the above entitled
matter by this Court, please find enclosed one (1) certified copy
of the docket entries and one (1) certified copy of the Remand
order.

                              Very truly yours,


                              WILLIAM T. WALSH
                              CLERK




                         By:  Susan Bush
                              Deputy Clerk



cc: file
```